# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMON JACOBO GARCIA,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 84052

FILED

JAN 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion for Recalculation of Good Time Credits Per 81 Legislative Session." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for recalculation of good time credits, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

22-01948

cc: Hon. Michelle Leavitt, District Judge
Ramon Jacobo Garcia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk